**Daniel S. MAYERS, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7249.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

## ORDER

Upon consideration of Daniel S. Mayers' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.